## LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| | : | **CHAPTER 13** |
| | : | |
| | : | **CASE NO. __-____-bk-_____** |
| | : | |
| | : | |
| **Debtor(s)** | : | |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED _____

Recorded on _____, in _____ **County**, at _____ .

Property Address:

_____

Mortgage Servicer:

_____

Post-petition mailing address for Debtor(s) to send payment:

_____

Mortgagor(s)/Debtor(s):

_____

Payments are contractually due:

Monthly_____   Semi-monthly_____   Bi-weekly_____        Other _____

Each Monthly Payment is comprised of:
Principal and Interest.......        _____
R.E. Taxes......................        _____
Insurance.......................        _____
Late Charge...................        _____
Other..............................        _____ (Specify: _____)
**TOTAL**.........................        _____

**POST-PETITION PAYMENTS** (Petition was filed on _____)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: _____ as of _____.

TOTAL AMOUNT OF POST-PETITION ARREARS: _____ as of _____.

Dated: _____        _____
                               Mortgage Company


                               _____
                               (Print Name and Title)

(2)