## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Yvonne E Terry

Debtor(s)

BK NO. 21-02093 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of COLONIAL SAVINGS, F.A and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
23 Feb 2024, 09:32:36, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322