IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Yvonne E. Terry, Debtor, | Chapter 13 |
| COLONIAL SAVINGS, F.A, Movant, | CASE NO 1:21-bk-02093-HWV |
| V. | |
| Yvonne E. Terry, Respondent/Debtor<br>Jack Zaharopoulos, Trustee | |

## **ANSWER**

AND NOW, the Debtor, by and through her attorney Dawn Marie Cutaia, files this Answer to the Motion for Relief from Stay filed by Colonial Savings, F.A., and states the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted as to these proceedings only.

5. Admitted. By way of further answer, Debtor was less than two months behind on her mortgage when her petition was filed.

6. Admitted in part; Denied in part. Debtor admits she may have some arrears and she has already begun the process of auditing her post-petition payments, but she has money in suspense and believes the amount owed on

the motion for relief is higher than what is actually owed. Debtor also can cure any arrears through an amended plan.

7. Denied. Paragraph 6, above, is incorporated herein.

8. Denied.

9. Denied. Debtor's house is very likely worth $300,000 so there should be a significant amount of equity in the property.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtor
Supreme Court ID: 77965
Fresh Start Law, PLLC
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com