IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Yvonne B. Terry

21-bk-02093

Praecipe to Enter & Withdraw Appearance

To the Clerk:

Kindly enter my appearance on behalf of the Debtor.

4/30/2024 /s/ Dawn M. Cutaia
Supreme Court ID 77965

Kindly withdraw my appearance on behalf of the Debtor.

4/30/2024 John Hyams (May 1, 2024 20:53 EDT)
John Hyams, Esquire

# Praecipe to Enter and Withdraw Appearance.docx

Final Audit Report    2024-05-02

| | |
|---|---|
| Created: | 2024-04-30 |
| By: | Dawn Cutaia (DMCUTAIA@GMAIL.COM) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQJm0UqMN1BqkZCM18yXk2GMb_xr0XCVQ |

## "Praecipe to Enter and Withdraw Appearance.docx" History

- Document created by Dawn Cutaia (DMCUTAIA@GMAIL.COM)
  2024-04-30 - 6:04:21 PM GMT- IP address: 166.199.149.4

- Document emailed to John Hyams (jmh@johnhyamslaw.com) for signature
  2024-04-30 - 6:04:25 PM GMT

- Email viewed by John Hyams (jmh@johnhyamslaw.com)
  2024-04-30 - 6:14:14 PM GMT- IP address: 174.198.199.42

- Email viewed by John Hyams (jmh@johnhyamslaw.com)
  2024-05-02 - 0:53:02 AM GMT- IP address: 152.208.7.69

- Document e-signed by John Hyams (jmh@johnhyamslaw.com)
  Signature Date: 2024-05-02 - 0:53:31 AM GMT - Time Source: server- IP address: 152.208.7.69

- Agreement completed.
  2024-05-02 - 0:53:31 AM GMT

Powered by Adobe Acrobat Sign

Case 1:21-bk-02093-HWV    Doc 41    Filed 05/02/24    Entered 05/02/24 08:21:50    Desc
Main Document    Page 2 of 2