United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02093-MJC |
| Yvonne E Terry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 09, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | John Matthew Hyams, Law Offices of John M. Hyams, 2023 N 2nd St, Harrisburg, PA 17102-2151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Yvonne E Terry dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Schanne | on behalf of Asst. U.S. Trustee United States Trustee john.schanne@usdoj.gov |
| Lorraine Gazzara Doyle | on behalf of Creditor Colonial Savings F.A. ldoyle@squirelaw.com, LOGSECF@logs.com |

Michael J Clark            on behalf of Creditor Colonial Savings F.A. pabk@logs.com

United States Trustee            ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Yvonne Terry, | : | Case No. 1:21-02093-MJC |
| | : | |
| Debtor. | : | |

**ORDER SETTING RESPONSE DEADLINE AND SCHEDULING CONFERENCE ON MOTION OF UNITED STATES TRUSTEE FOR IMPOSITION OF SANCTIONS AND RETURN OF FUNDS RECEIVED AGAINST RESPONDENT JOHN HYAMS**

Upon consideration of the United States Trustee's Motion for Imposition of Sanctions and Return of Funds Received Against Respondent John Hyams ("Motion"), filed on August 8, 2024, Dkt. # 47,

It is hereby **ORDERED** that:

1. Respondent, John Hyams, shall file a response to the Motion **on or before August 23, 2024**.

2. A scheduling conference on the Motion is **SCHEDULED** for **Thursday, August 29, 2024 at 2:00 p.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, PA 18701.

3. All parties may appear for the status conference using the Remote Appearance procedures on the Court's web site at: http://www.pamb.uscourts.gov/remote-appearance-guide.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 9, 2024