IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| YVONNE TERRY, | : | CASE NO. 1:21-bk-02093 HWV |
| | : | |
| DEBTOR | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

    Respectfully submitted,

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 & 9

    Frederic J. Baker
    Assistant United States Trustee

    BY: */s/ Kacie M. Cartwright*
    Kacie M. Cartwright, Trial Attorney
    Office of the United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107
    Phone: (215) 597-4411
    Facsimile: (215) 597-5795
    Kacie.Cartwright@usdoj.gov

Dated: August 16, 2024