United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 21-02093-MJC

Yvonne E Terry                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Aug 30, 2024                 Form ID: pdf010                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

**Recip ID**                 **Recipient Name and Address**
                    +   John Matthew Hyams, Law Offices of John M. Hyams, 2023 N 2nd St, Harrisburg, PA 17102-2151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2024                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2024 at the address(es) listed below:**

**Name**                      **Email Address**

Brent J Lemon
                              on behalf of Creditor Colonial Savings  F.A. blemon@kmllawgroup.com

Dawn Marie Cutaia
                              on behalf of Debtor 1 Yvonne E Terry dmcutaia@gmail.com
                              cutaiaalawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Denise E. Carlon
                              on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                              TWecf@pamd13trustee.com

John Schanne
                              on behalf of Asst. U.S. Trustee United States Trustee john.schanne@usdoj.gov

Kacie Cartwright

on behalf of Asst. U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov

Lorraine Gazzara Doyle

on behalf of Creditor Colonial Savings  F.A. ldoyle@squirelaw.com, LOGSECF@logs.com

Michael J Clark

on behalf of Creditor Colonial Savings  F.A. pabk@logs.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>YVONNE TERRY,<br>Debtor<br><br>_____<br><br>ANDREW R. VARA<br>UNITED STATES TRUSTEE,<br>       Movant<br><br>vs.<br><br>JOHN HYAMS, ESQUIRE,<br><br>       Respondent | : CHAPTER 13<br>: CASE NO. 1:21-bk-02093-MJC<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER SCHEDULING EVIDENTIARY HEARING
## AND SETTING DISCOVERY DEADLINES

Upon consideration of the Motion of the United States Trustee for Imposition of Sanctions and Return of Funds Received Against Respondent, John Hyams, Dkt. # 47 ("Motion"), Respondent's Answer thereto, Dkt. # 54 ("Answer"), and after a scheduling conference held on August 29, 2024, it is hereby

**ORDERED** that: All discovery shall be completed **on or before November 27, 2024;**

The discovery deadline may be extended upon agreement of the parties and approval of the Court; it is further

**ORDERED** that a pre-trial conference is hereby scheduled for **Thursday, January 30, 2025 at 11:00 a.m.**; and it is further

**ORDERED** that an evidentiary hearing is hereby scheduled for **Thursday, February 13, 2025 at 1:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701. All parties are required to appear in person at the evidentiary hearing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 29, 2024