IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:            CASE NO. 1:21-bk-02093-MJC

Yvonne E. Terry

    Debtor (s)            Chapter 13

## ORDER

**AND NOW**, upon consideration of Debtor's Motion to Modify Plan Post Confirmation, said Motion is hereby **GRANTED** and Debtor's Second Amended Plan is Confirmed.