IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Yvonne E. Terry | : | |
| | : | CASE NO: 1:21-bk-02093-MJC |
| Debtor(s) | : | |

ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the Law Offices of John M. Hyams, Esquire as attorney on behalf of John M. Hyams, in the above-captioned matter.

Respectfully submitted,

LAW OFFICES OF JOHN M. HYAMS

Dated: September 26, 2024     By: /s/ John M. Hyams
John M. Hyams
2023 North 2nd Street
Harrisburg, PA 17102
(717) 520-0300
Attorney for Debtor