| | |
|---|---|
| In re: | Case No. 21-02093-MJC |
| Yvonne E Terry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + John M Hyams, 2023 N Second St Ste 110A, Harrisburg, PA 17102-2151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Colonial Savings  F.A. blemon@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Yvonne E Terry dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings  F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Schanne | on behalf of Asst. U.S. Trustee United States Trustee john.schanne@usdoj.gov |

| | |
|---|---|
| John Matthew Hyams | on behalf of Attorney John M Hyams jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kacie Cartwright | on behalf of Asst. U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| Lorraine Gazzara Doyle | on behalf of Creditor Colonial Savings F.A. ldoyle@squirelaw.com, LOGSECF@logs.com |
| Michael J Clark | on behalf of Creditor Colonial Savings F.A. pabk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
|---|---|---|
| | : | |
| Yvonne Terry, | : | Case No. 1:21-bk-02093-MJC |
| | : | |
| Debtor. | : | |

ORDER SCHEDULING STATUS CONFERENCE ON
MOTION TO APPROVE STIPULATION BY AND BETWEEN
UNITED STATES TRUSTEE AND JOHN M. HYAMS, ESQUIRE

Upon consideration of the Motion to Approve Stipulation by and Between United States Trustee and John M. Hyams, Esquire, filed on December 13, 2024, Dkt. # 71 ("Motion"),

It is hereby **ORDERED** that:

1. A Status Conference on the status of the Motion shall be held on **Tuesday, January 7, 2025 at 10:00 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.**

2. Participants may appear in person or remotely via Zoom. Please refer to the Remote Appearance Guide available on the Court's website at:

   http://pamb.uscourts.gov/remote-appearance-guide for participation in this status conference.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 16, 2024

# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 12/16/2024
Case: 1:21−bk−02093−MJC     Form ID: pdf010     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Dawn Marie Cutaia     dmcutaia@gmail.com
aty     John Schanne     john.schanne@usdoj.gov

TOTAL: 2