United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02093-MJC |
| Yvonne E Terry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | John M Hyams, 2023 N Second St Ste 110A, Harrisburg, PA 17102-2151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Colonial Savings F.A. blemon@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Yvonne E Terry dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Schanne | on behalf of Asst. U.S. Trustee United States Trustee john.schanne@usdoj.gov |

| | |
|---|---|
| John Matthew Hyams | on behalf of Attorney John M Hyams jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kacie Cartwright | on behalf of Asst. U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| Lorraine Gazzara Doyle | on behalf of Creditor Colonial Savings F.A. ldoyle@squirelaw.com, LOGSECF@logs.com |
| Michael J Clark | on behalf of Creditor Colonial Savings F.A. pabk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | § | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Yvonne Terry, | § | Case No. 1:21-bk-02093-MJC |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER APPROVING SETTLEMENT STIPULATION BY AND BETWEEN
UNITED STATES TRUSTEE AND JOHN M. HYAMS, ESQUIRE**

Upon consideration of the *Settlement Stipulation By and Between United States Trustee and John M. Hyams, Esquire*, Dkt. # 71 ("Stipulation"),[1] and this Court finding that it has jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and due and sufficient notice of the Stipulation having been given under the circumstances, and the Court finding that the Stipulation is a timely submitted stipulation containing the proposed terms upon which the Parties agree to resolve the Motion and Response and issues related thereto, and after due deliberation thereon, after a hearing held on January 7, 2025, and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Stipulation is **APPROVED** in all respects.

2. The Court retains jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

**IT IS FURTHER ORDERED THAT** the Pre-Trial Conference and Evidentiary Hearing on the Motion of the United States Trustee for Imposition of Sanctions and Return of Funds Received scheduled for January 30, 2025 at 11:00 a.m. and February 13, 2025 at 1:00 p.m., respectively, are hereby cancelled.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 7, 2025