# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 |
| --- | --- |
| **Yvonne E. Terry** | CASE NO: 1:21-bk-02093-MJC |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Modify Plan post-confirmation, and there being no objections after notice, said Motion is hereby granted and Debtor's Amended Plan is hereby Confirmed.

BY THE COURT: