IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Yvonne E. Terry | : | |
| | : | CASE NO: 1:21-bk-02093-MJC |
| | : | |
| Debtor | : | |

## **CERTIFICATION**

Pursuant to the requirements contained in the Settlement Agreement approved by the Honorable Mark J. Conway on January 7, 2025, and docketed to number 71 the undersigned hereby certifies that all refunds have been issued in accordance with Paragraphs 1, 2, and 3 of said Stipulation.

                                              Respectfully submitted,

                                              LAW OFFICES OF JOHN M. HYAMS

Dated: January 23, 2025

                              By:   /s/   John M. Hyams
                                         John M. Hyams
                                         2023 North 2nd Street
                                         Harrisburg, PA  17102
                                         (717) 520-0300
                                         Attorney for Debtor