IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Yvonne E. Terry, Debtor, | Chapter 13 |
| COLONIAL SAVINGS, F.A, Movant, | CASE NO 1:21-bk-02093-HWV |
| V. | |
| Yvonne E. Terry, Respondent/Debtor<br>Jack Zaharopoulos, Trustee | |

## Objection to Certificate of Default

AND NOW, the Debtor, by and through her attorney Dawn Marie Cutaia, files this Objevtipm to the Certificate of Default filed by Colonial Savings, F.A., and states the following:

Debtor believes she can cure the arrears quickly. There is likely a significant amount of equity in Debtor's residence.

WHEREFORE, Debtor respectfully requests this Honorable Court schedule a hearing on the Certificate of Default.

Respectfully Submitted

/s/ Dawn Marie Cutaia
Attorney for Debtor
Supreme Court ID: 77965
Fresh Start Law, PLLC

1701 W. Market Street  
York PA 17404  
717-304-1841  
dmcutaia@gmail.com