United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Yvonne E Terry  
    Debtor

Case No. 21-02093-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 19, 2025     Form ID: ordsmiss     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne E Terry, 2549 Brookmar Dr, York, PA 17408-9494 |
| aty | + | John M Hyams, 2023 N Second St Ste 110A, Harrisburg, PA 17102-2151 |
| cr | + | Colonial Savings, F.A., C/o Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 5437493 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 18:34:40 | c/o Resurgent Capita Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5437475 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2025 18:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5437968 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2025 18:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5437476 | + | EDI: CITICORP | Sep 19 2025 22:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5437477 | + | Email/Text: bankruptcydesk@colonialsavings.com | Sep 19 2025 18:34:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 5448897 | + | Email/Text: bankruptcydesk@colonialsavings.com | Sep 19 2025 18:34:00 | Colonial Savings, F.A., 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 5437478 | | EDI: WFNNB.COM | Sep 19 2025 22:33:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 5437479 | + | EDI: WFNNB.COM | Sep 19 2025 22:33:00 | Comenitycapital/mycash, Po Box 182120, Columbus, OH 43218-2120 |
| 5437491 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 19 2025 18:34:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5437480 | + | EDI: DISCOVER | Sep 19 2025 22:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5437481 | | Email/Text: BNSFS@capitalsvcs.com | Sep 19 2025 18:34:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 5442608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 18:34:44 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5437482 | | EDI: IRS.COM | Sep 19 2025 22:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5444190 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 18:34:47 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5437483 | + | EDI: LENDNGCLUB | Sep 19 2025 22:33:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5440493 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 18:34:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5437486 | | Email/Text: ml-ebn@missionlane.com | Sep 19 2025 18:34:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 5437484 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 18:34:44 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5437485 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2025 18:34:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5437487 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 18:34:38 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5437495 | | EDI: PENNDEPTREV | Sep 19 2025 22:33:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5437489 | | EDI: PRA.COM | Sep 19 2025 22:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5448232 | | EDI: PRA.COM | Sep 19 2025 22:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5437488 | ^ | MEBN | Sep 19 2025 18:32:37 | Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5447423 | | EDI: Q3G.COM | Sep 19 2025 22:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5660801 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 18:34:40 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5660800 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 18:34:47 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5437490 | + | EDI: WTRRNBANK.COM | Sep 19 2025 22:33:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5437494 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Sep 19 2025 18:34:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5437496 | ^ | MEBN | Sep 19 2025 18:32:46 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5450196 | + | Email/Text: kcm@yatb.com | Sep 19 2025 18:34:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5437492 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Yvonne E Terry dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Schanne | on behalf of Asst. U.S. Trustee United States Trustee john.schanne@usdoj.gov |
| John Matthew Hyams | on behalf of Attorney John M Hyams jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kacie Cartwright | on behalf of Asst. U.S. Trustee United States Trustee kacie.cartwright@usdoj.gov |
| Lorraine Gazzara Doyle | on behalf of Creditor Colonial Savings F.A. ldoyle@squirelaw.com, LOGSECF@logs.com |
| Michael J Clark | on behalf of Creditor Colonial Savings F.A. pabk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Yvonne E Terry,　　　　　　　　　　　　　　Chapter　　　13

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　　Case No.　　1:21−bk−02093−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　*/s/ Mark J. Conway*

　　　　　　　　　　　　　　　　　　　　Mark J. Conway, United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　Dated: September 19, 2025

ordsmiss (05/18)